# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMEVESTORS OF AMERICA, INC., | Case No. 1:22-cv-00176-AWI-SAB |
| Plaintiff, | ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| STEPHEN ADAMS, et al., | (ECF No. 10) |
| Defendants. | **DEADLINE: MAY 9, 2022** |

This action was filed on February 10, 2022. (ECF No. 1.) On April 14, 2022, the parties filed a notice of settlement, in which they indicate the parties have collectively reached a settlement. (ECF No. 10.) The parties proffer they are in the process of executing their written settlement agreement and, "once consummated with signatures and certain terms performed," will file the notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).

The parties are reminded that, pursuant to Local Rule 160, the Court is required to fix a date for dispositional documents to be filed **within twenty-one (21) days**, absent good cause shown to extend such time. E.D. Cal. L.R. 160(b). The parties do not request additional time to file the dispositional documents, but merely indicate final execution of the written agreement is still pending and "certain terms" need to be performed before a dismissal will be filed.

Generally, once the terms of a settlement agreement are finalized and the settlement agreement is signed by the parties, the Court does not retain jurisdiction to oversee that the parties comply with the terms of the settlement agreement. Further, because the parties have not

requested a specific date or extension of time to file disposition documents, nor does the Court find a showing of good cause for an extension has been proffered, the Court shall order dispositional documents be filed in accordance with the deadlines set by the Local Rules. The parties are further advised that no extensions of time shall be granted absent a strong showing of good cause, and reminded that "[a] failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions." Id. (citing E.D. Cal. L.R. 272).

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents no later than **May 9, 2022**.

IT IS SO ORDERED.

Dated:   **April 15, 2022**

UNITED STATES MAGISTRATE JUDGE

2